# United States District Court
## Violation Notice

**CVB Location Code:** WC15

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 0903663 | Darling | 222 |

*(right margin vertical:)* 0903663   09-1732   26-20-00

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10-12-09  1200 | 36 CFR 2.34 (a)(2) |

**Place of Offense:** Sleepy Gap O.L.

**Offense Description:** Disorderly Conduct

### DEFENDANT INFORMATION
**Phone:** (828) 894-3223

| Last Name | First Name | M.I. |
|---|---|---|
| Lanning | Joe | L |

**Street Address:** 105 Lanning Drive

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Columbus | NC | 28722 | 1-23-48 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| 2262098 | NC | 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 |

☑ Adult ☐ Juvenile   Sex: ☑ Male ☐ Female   Hair: Brn   Eyes: Blue   Height: 6'00"   Weight:

### VEHICLE DESCRIPTION
**VIN:**

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| XXS 4472 | NC | 00 | Honda | White |

**A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

**B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 12, 2009 while exercising my duties as a law enforcement officer in the Western District of NC.

When working in a plain clothes opperation to detect and deter sexual solicitation occuring on the Blue Ridge Parkway and Bent Creek Forest I contacted a white male when passing on the trail and during casual conversation the male grabbed his groining. He the stated he wanted me to fuck him. A short time later he grabbed my genitals. I placed him under arrest for disorderly conduct.

The foregoing statement is based upon:

☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11-12-09   J. Darling #222
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

Case 1:10-cr-00047-MR Document 8-1 Filed 11/04/10 Page 1 of 2

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, )
)
Vs. ) **UNSECURED APPEARANCE**
) **BOND**
Joe W. banning ) Violation Notice Number(s):
**Defendant.** ) Case No.: 0903663
)

## CONDITIONS OF RELEASE ON BOND

The conditions of this bond are that the defendant is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned is exonerated. If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach, and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount below stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

I, THE UNDERSIGNED DEFENDANT, ACKNOWLEDGE THAT I AND MY PERSONAL REPRESENTATIVES, JOINTLY AND SEVERALLY, ARE BOUND TO PAY TO THE UNITED STATES OF AMERICA THE SUM OF $2,500.00 IF I FAIL TO APPEAR FOR ANY COURT APPEARANCE IN THE ABOVE-CAPTIONED ACTION.

I further understand that while on bond release I must obey all state, federal, local, and tribal laws and that violation of any law may result in this bond being revoked, an arrest warrant being issued, an order of detention being entered, and a prosecution for contempt, which could result in a term of imprisonment, a fine, or both.

This bond is signed on the _9th_ day of _March_____, 20_10_, at _Asheville_ North Carolina.

_____
Defendant's Signature

Signed and acknowledged before me on _March 9, 2010_

_____
Judicial Officer/Deputy Clerk

_____
Approved By Federal Judicial Officer