# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Joe L. Lanning

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 0903663

Robert Carlin
Defendant's Attorney

**THE DEFENDANT:**

| | |
|---|---|
| __ | Pleaded guilty to count(s) |
| __ | Pleaded guilty to violation(s) |
| __ | Pleaded not guilty to count(s) |
| X | pleaded not guilty to violation(s) 0903663 |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 36 CFR 2.34(a)(2) | Disorderly Conduct | 11/12/09 | 0903663 |

| | |
|---|---|
| __ | Counts(s) (is)(are) dismissed on the motion of the United States. |
| __ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| __ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for FIFTEEN (15) DAYS. The defendant is allowed to self report when notified by the U. S. Marshal. The court recommends that the defendant be allowed to serve said sentence in Madison County or Yancey County facility.

That the defendant pay a fine in the amount of $1,000, $10 assessment and $25 processing fee. All monies due by 8/24/2010.

The defendant is banned from all federal lands except for use of main thoroughfares for a period of 2 year(s).

Date of Imposition of Sentence: 07/27/10

Dennis L. Howell, United States Magistrate Judge

Date Signed: July 20, 2010

## RETURN

I have executed this Judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal