# United States District Court
## For The Western District of North Carolina

AMENDED

UNITED STATES OF AMERICA

V.

Joe L. Lanning

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 0903663
Case Number: 1:10cr47

Mary Ellen Coleman
Defendant's Attorney

**THE DEFENDANT:**

- _ Pleaded guilty to count(s)
- _ Pleaded guilty to violation(s)
- _ Pleaded not guilty to count(s)
- X  pleaded not guilty to violation(s) 0903663

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 36 CFR 2.34(a)(2) | Disorderly Conduct | 11/12/09 | 0903663 |

- _ Counts(s) (is)(are) dismissed on the motion of the United States.
- _ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- _ Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for FIFTEEN (15) DAYS. Defendant allowed to self report when notified by the U. S. Marshal.

Pay a fine in the amount of $500, $10 assessment and $25 processing fee. All monies STAYED.

Date of Imposition of Sentence: August 27, 2012

_____
Dennis L. Howell, United States Magistrate Judge

Date Signed: August 28 2012

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal