# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00047-MR-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **JUDGMENT OF ACQUITTAL** |
| | ) | |
| JOE L. LANNING. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for entry of a judgment of acquittal. United States v. Lanning, No. 12-4547 (4th Cir. July 19, 2013).

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant Joe L. Lanning is hereby **ACQUITTED** and **DISCHARGED**, and any bond is hereby **EXONERATED**.

**IT IS SO ORDERED.**   Signed: August 13, 2013

Martin Reidinger
United States District Judge